WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TERESA HERRERA**, | CV # 06-354-MO |
|   Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security**, | |
|   Defendant. | |

Attorney fees in the amount of $5,550.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 21 day of August, 2007.

/s/ Michael W. Mosman
United States District Judge

Submitted on August 16, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1